HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD W. COLLIER, SR.,

    Plaintiff,

v.

BOB BROWN and VAL WEST, of P.A.W.S. Grays Harbor County,,

    Defendants.

Case No. C06-5271 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon the filing of a Complaint, Amended Complaint, and a Request to Proceed *In Forma Pauperis*.

Having considered the entirety of the records and file herein, the Court rules as follows:

Plaintiff has filed a Complaint and an Amended Complaint wherein he alleges that Defendant Bob Brown and P.A.W.S. of Grays Harbor County wrongfully euthanized his pet dog, Soulfly. While the Court is sympathetic, the Court is unaware of the nature of this Court's jurisdiction to hear this matter. Therefore, Plaintiff shall show cause in writing within fifteen (15) days of entry of this Order why this matter should not be dismissed for lack of jurisdiction. If Plaintiff intends to rely upon Pub. L. 89-544 (attached as an exhibit to plaintiff's complaint) codified as Title 7 U.S.C. § 2131 et. seq., he must allege some facts that Defendants are covered by the act and that they violated the act as to Plaintiff and his dog, Soulfly. **Plaintiff's failure to respond to this Court's Order within fifteen (15) days will result in the dismissal of this Complaint and Amended Complaint.**

ORDER
Page - 1

1 **IT IS SO ORDERED.**

2  The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
3 pro se.

4  Dated this 7th day of July, 2006.

```
                        RONALD B. LEIGHTON
                        UNITED STATES DISTRICT JUDGE
```